**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| ALAIN GIRAUDON, Individually and On Behalf of All Others Similarly Situated, | Case No.: 1:25-cv-00182-GLR |
| Plaintiff, | CLASS ACTION |
| v. | |
| INNOVATIVE INDUSTRIAL PROPERTIES, INC., et al., | |
| Defendants. | |

**MOTION OF YOLANDA CASTANEDA**
**TO APPOINT LEAD PLAINTIFF**
**AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Yolanda Castaneda ("Movant") hereby moves this Court, the Honorable George L. Russell, III, Chief Judge of the United States District Court for the District of Maryland, on a date and at a time to be designated by the Court, for an order:

(a)     appointing Movant to serve as Lead Plaintiff in this action;

(b)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class and the Law Office of Cynthia Leppert, LLC as Liaison Counsel;

(c)     granting such other and further relief as the Court may deem just and proper.

1

4907-0738-4107, v. 4

In support of this Motion, Movant submits: (i) the Memorandum of Law dated March 18, 2025 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: March 18, 2025                    Respectfully submitted,


By: /s/ Cynthia L. Leppert
Cynthia L. Leppert (05857)
**LAW OFFICE OF CYNTHIA LEPPERT, LLC**
1 W Pennsylvania Avenue, Suite 980
Towson, MD 21204
Telephone: (410) 672-4022
Fax: (410) 672-4350
Email: cll@cynthialeppertlaw.com

*Counsel for Movant and*
*Proposed Liaison Counsel for Lead Plaintiff and*
*the Class*


**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com
**_Motion for Admission Pro Hac Vice forthcoming_**

*Counsel for Movant and*
*Proposed Lead Counsel for Lead Plaintiff and*
*the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 18, 2025, a true and correct copy of the foregoing Motion, and the Supporting Memorandum, Declaration of Cynthia L. Leppert, Esq. and Exhibits 1-5 being filed herewith, were served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated: March 18, 2025                                    Respectfully Submitted,

                                                        */s/ Cynthia L. Leppert*
                                                        Cynthia L. Leppert

4907-0738-4107, v. 4