## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ALAIN GIRAUDON, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., et al.,<br><br>　　　　Defendants. | Case No: 1:25-cv-00182-GLR<br><br><br>CLASS ACTION |

## DECLARATION OF CYNTHIA L. LEPPERT, ESQ. IN SUPPORT OF MOTION OF YOLANDA CASTANEDA FOR APPOINTMENT AS LEAD PLAINTIFF AND  TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL

I, Cynthia L. Leppert, Esq., declare:

1.　　I am the founder and managing member of the Law Office of Cynthia Leppert, LLC, proposed Liaison Counsel for Movant Yoland Castaneda ("Movant"). I make this Declaration in support of the Motion of Movant for: (1) appointment of Movant as the Lead Plaintiff for the Class; (2) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A., as Lead Counsel for the Class, and the Law Office of Cynthia Leppert, LLC as Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper.

2.　　Attached hereto as the exhibits indicated are true and correct copies of the following:

　　　　Exhibit 1:　　PSLRA early notice issued on January 17, 2025;

　　　　Exhibit 2:　　Yolanda Castaneda's PSRLA Certification;

Exhibit 3:    Yolanda Castaneda's Loss Chart;

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume;

Exhibit 5:    The Law Office of Cynthia Leppert, LLC's firm resume.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing facts are true and correct.

Executed this 18th day of March, 2025.

_Cynthia L Leppert_
Cynthia L. Leppert

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

_/s/ Cynthia L. Leppert_
Cynthia L. Leppert

2

4898-2363-3963, v. 3