# Exhibit 3

**Innovative Industrial Properties, Inc.**
**Class Period: February 27, 2024 through December 19, 2024**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 70.317193 |
|------|---------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|--------------------------|
| Yolanda Castaneda | 10/17/2024 | 1,109 | ($135.2000) | ($149,936.80) | 1/10/2025* | 1,109 | $64.95 | $72,029.55 | 0 | $0.00 | ($77,907.25) | |

*Date reflects the transaction date, not the settlement date