**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

|  |  |
|---|---|
| ALAIN GIRAUDON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., et al.,<br><br>Defendants. | Case No.: 1:25-cv-00182-GLR<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD
PLAINTIFF'S SELECTION OF COUNSEL**

WHEREAS, the above-captioned securities class action has been filed against Defendants Innovative Industrial Properties, Inc., Alan D. Gold, Paul E. Smithers, David Smith, and Ben Regin (the "Defendants"), alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on January 17, 2025, a notice was issued to potential class members of the action informing them of, *inter alia*, their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on March 18, 2025, movant Yolanda Castaneda ("Movant") moved the Court to appoint Movant as Lead Plaintiff and to approve Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class and the Law Office of Cynthia Leppert, LLC as Liaison Counsel;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a

1

motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23; and

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act, Movant, Yolanda Castaneda, is appointed as Lead Plaintiff for the class as she has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.      Movant's choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel for the Class and the Law Office of Cynthia Leppert, LLC is appointed as Liaison Counsel.

3.      Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

SO ORDERED:

Dated: _____, 2025        _____

HONORABLE GEORGE L. RUSSELL, III
CHIEF JUDGE

4926-9836-8043, v. 3