**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALAIN GIRAUDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., et al.,<br><br>Defendants. | **CASE No. 1:25-cv-00182-GLR** |

**MOVANT RETIREMENT SYSTEM FOR THE**
**GENERAL EMPLOYEES OF THE UTILITY BOARD OF THE**
**CITY OF KEY WEST, FLORIDA'S MOTION FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Scott E. Nevin and memorandum of law, Movant Retirement System for the General Employees of the Utility Board of the City of Key West, Florida ("Key West"), by its counsel, respectfully will move, on a date and time designated by this Court, before the Honorable George L. Russell III, at the United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, for an Order (attached hereto as Exhibit A): (i) appointing Key West as Lead Plaintiff; (ii) approving its selection of the law firm of Abraham, Fruchter & Twersky, LLP as Lead Counsel and the Law Office of Peter T. Nicholl as Local Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: March 18, 2025

Respectfully Submitted,


*/s/ Scott E. Nevin*
Scott E. Nevin , Bar No. 22478
**LAW OFFICE OF PETER T. NICHOLL**
36 South Charles Street, Suite 1700
Baltimore, MD 21201
Telephone: (410) 260-0183
Facsimile: (410) 244-1047
snevin@nicholllaw.com

**Proposed Local Counsel**

**ABRAHAM, FRUCHTER
& TWERSKY, LLP**
Mitchell M.Z. Twersky (*pro hac vice* to be filed)
Atara Twersky (*pro hac vice* to be filed)
Lawrence D. Levit (*pro hac vice* to be filed)
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
mtwersky@aftlaw.com
atwersky@aftlaw.com
llevit@aftlaw.com

**Counsel for Key West and Proposed Lead
Counsel**