**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALAIN GIRAUDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., et al.,<br><br>Defendants. | **CASE No. 1:25-cv-00182-GLR** |

**DECLARATION OF SCOTT E. NEVIN IN SUPPPORT
OF MOTION OF RETIREMENT SYSTEM FOR THE
GENERAL EMPLOYEES OF THE UTILITY BOARD OF THE
CITY OF KEY WEST, FLORIDA FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Scott E. Nevin, declare and say that:

1.      I am an attorney with the law firm of the Law Office of Peter T. Nicholl, a member of the State Bar of Maryland, and admitted to practice before this Court. The Law Office of Peter T. Nicholl is local counsel for lead plaintiff movant Retirement System for the General Employees of the Utility Board of the City of Key West, Florida ("Key West") and proposed local counsel for the putative class of the above-captioned securities class actions. I submit this Declaration in support of Key West's Motion for Appointment as Lead Plaintiff and approval of its selection of Lead Counsel. I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the notice of pendency of class action published on *ACCESS Newswire*, a national business-oriented wire service, on January 17, 2025.

3.      Attached hereto as Exhibit B is a true and correct copy of the Key West's sworn certification.

4.      Attached hereto as Exhibit C is a true and correct copy of the estimate of the Key West's losses.

5.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury under the laws of the State of Maryland and the United States of America that the above is true and correct.

Executed this 18th day of March 2025, at Baltimore, Maryland.

*/s/ Scott E. Nevin*
Scott E. Nevin
Declarant