Nevin Declaration Exhibit B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Brittani Harden, as Chairperson of Retirement System for the General Employees of the Utility Board of the City of Key West, Florida ("Key West"), having the authority to enter into and execute this Certification on behalf of Key West, hereby certify as follows:

1.       I have reviewed the Complaint filed in *Giraudon v. Innovative Industrial Properties, Inc., et al.*, No. 1:25-cv-00182-RDB (D. Md.), and authorize the filing of a similar complaint and a motion for Key West's appointment as lead plaintiff.

2.       Key West did not engage in transactions of the Innovative Industrial Properties, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.       Key West is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.       Key West's transactions during the relevant period in the Innovative Industrial Properties, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.       During the three-year period preceding the date of this Certification, Key West has not sought to serve as a representative party on behalf of a class in any cases filed under the 1934 Act.

6.       Key West will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __18__ day of March, 2025.

Brittani Harden
Chairperson
Retirement System for the General Employees of
the Utility Board of the City of Key West, Florida

## Schedule A

**Retirement System for the General Employees of the Utility Board of the City of Key West, Florida Transactions in Innovative Industrial Properties, Inc. (IIPR)**

| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 11/25/2024 | 1,118 | 112.2568 |
| Buy | 11/25/2024 | 525 | 110.5921 |
| Buy | 11/26/2024 | 1,042 | 110.2837 |
| Buy | 11/26/2024 | 485 | 111.0650 |