# Nevin Declaration Exhibit C

**Gain (Loss) Chart**

**Retirement System for the General Employees of the Utility Board of the City of Key West, Florida**
**Transactions in Innovative Industrial Properties, Inc. (IIPR)**

Class Period Total Purchases: 3,170 shares
Class Period Total Net Purchases: 3,170 shares
Class Period Expenditures: ($352,346.10)
Class Period Net Expenditures: ($352,346.10)
Gain (Loss): ($129,046.22)

| Transaction | Trade Date | Number Shares | Price | Amount |
|---|---|---|---|---|
| Class Start Holdings | 02/27/2024 | 0 | | |
| Buy | 11/25/2024 | 1,118 | 112.2568 | ($125,503.10) |
| Buy | 11/25/2024 | 525 | 110.5921 | ($58,060.85) |
| Buy | 11/26/2024 | 1,042 | 110.2837 | ($114,915.62) |
| Buy | 11/26/2024 | 485 | 111.0650 | ($53,866.53) |
| Class End Holdings | 12/19/2024 | 3,170 | | |
| Holdings As Of | 03/13/2025 | 3,170 | 70.4416 | $223,299.87 |
| Gain (Loss) | | | | ($129,046.22) |

Holding Price represents the Average of Post Class Closing Prices through 03/13/2025.