**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALAIN GIRAUDON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., et al.,<br><br>    Defendants. | **CASE No. 1:25-cv-00182-GLR** |

[PROPOSED] ORDER

Having considered all motions for appointment as Lead Plaintiff in the above-captioned action, and with good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Having considered the application by Retirement System for the General Employees of the Utility Board of the City of Key West, Florida seeking appointment as Lead Plaintiff and approval of its selection of Lead Counsel, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act

of 1934 (the "Exchange Act"), and Local Counsel, and for good cause shown, the Court hereby enters the following Order:

1.     The Court hereby finds that Retirement System for the General Employees of the Utility Board of the City of Key West, Florida is the "most adequate plaintiff" and that it satisfies the requirements of Section 21D of the Exchange Act.  The Court hereby **APPOINTS** Retirement System for the General Employees of the Utility Board of the City of Key West, Florida as Lead Plaintiff in the Action.

2.     The Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act, has selected the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel.  This Court **APPROVES** the selection, and hereby **APPOINTS** Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel and the Law Office of Peter T. Nicholl as Local Counsel.

**IT IS SO ORDERD.**

DATED:                                      _____
                                            Hon. George L. Russell III
                                            United States District Judge