UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALAIN GIRAUDON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:25-cv-00182-GLR |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| INNOVATIVE INDUSTRIAL PROPERTIES, INC., ALAN D. GOLD, PAUL E. SMITHERS, DAVID SMITH, and BEN REGIN, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF COUNSEL

4918-5094-7626

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, in the courtroom of the Honorable George L. Russell III, located at the United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201, Dr. Richard A. Blocker and Kelly R. Johnson will respectfully move the Court, pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an Order appointing Dr. Blocker and Mr. Johnson as Lead Plaintiff in the above-captioned action and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, and the Declaration of William N. Sinclair in support thereof, filed contemporaneously herewith.

DATED:  March 18, 2025

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
STEVEN D. SILVERMAN (VSB No. 22887)
ANDREW C. WHITE (VSB No. 08821)
WILLIAM N. SINCLAIR (VSB No. 28833)

s/ William N. Sinclair
WILLIAM N. SINCLAIR

400 E. Pratt Street, Suite 900
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
ssilverman@silvermanthompson.com
awhite@silvermanthompson.com
bsinclair@silvermanthompson.com

Local Counsel

- 1 -

4918-5094-7626

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

- 2 -