UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| ALAIN GIRAUDON, Individually and on Behalf of All Others Similarly Situated,<br><br>                               Plaintiff,<br><br>        vs.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., ALAN D. GOLD, PAUL E. SMITHERS, DAVID SMITH, and BEN REGIN,<br><br>                               Defendants. | No. 1:25-cv-00182-GLR<br><br>CLASS ACTION |

DECLARATION OF WILLIAM N. SINCLAIR IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4937-0732-0618

I, William N. Sinclair, declare as follows:

1.    I am attorney licensed to practice in Maryland and am a partner of Silverman Thompson Slutkin & White LLC, local counsel for proposed lead plaintiff Dr. Richard A. Blocker and Kelly R. Johnson in the above-captioned securities class action.  I make this Declaration in support of Dr. Blocker and Mr. Johnson's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Access Newswire* on January 17, 2025;

Exhibit B:    Dr. Blocker and Mr. Johnson's Certifications;

Exhibit C:    Estimate of Dr. Blocker and Mr. Johnson's losses, prepared by counsel; and

Exhibit D:    Dr. Blocker and Mr. Johnson's Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of March, 2025.

s/ William N. Sinclair
WILLIAM N. SINCLAIR

- 1 -

4937-0732-0618