**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALAIN GIRAUDON, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., ALAN GOLD, PAUL SMITHERS, DAVID SMITH, and BEN REGIN,<br><br>            Defendants. | Case No. 1:25-cv-00182-GLR<br><br>CLASS ACTION |

**NOTICE OF MOTION BY CITY OF BIRMINGHAM RETIREMENT**
**AND RELIEF SYSTEM FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:   THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that City of Birmingham Retirement and Relief System ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

This motion is based on this Notice and the Memorandum of Law filed herewith; the Declaration of Corey Smith Bott in support thereof, including Exhibits A-D; the Court's complete files and records in this Action; and such further argument as the Court may allow at a hearing on this motion.

DATED:  March 18, 2025

**ABATO, RUBENSTEIN AND ABATO, P.A.**

 */s/ Corey Smith Bott*
Corey Smith Bott (Bar No. 25673)
Shauna Barnaskas (Bar No. 16755)
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
Telephone: (410) 321-0990
csbott@abatolaw.com
sbarnaskas@abatolaw.com

*Local Counsel for Lead Plaintiff Movant City of Birmingham Retirement and Relief System and Proposed Lead Counsel for the Class*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV*
Donald A. Broggi*
Nicholas S. Bruno*
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334

1

tlaughlin@scott-scott.com
dbroggi@scott-scott.com
nbruno@scott-scott.com

\* *Pro Hac Vice* Application Forthcoming

*Counsel for Lead Plaintiff Movant City of Birmingham Retirement and Relief System and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Corey Smith Bott*
Corey Smith Bott

3