## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

|  |  |
|---|---|
| ALAIN GIRAUDON, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., ALAN GOLD, PAUL SMITHERS, DAVID SMITH, and BEN REGIN,<br><br>               Defendants. | Case No. 1:25-cv-00182-GLR<br><br>CLASS ACTION |

## DECLARATION OF COREY SMITH BOTT IN SUPPORT OF MOTION BY CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Corey Smith Bott, hereby declare under the penalty of perjury, that the following is true and correct:

1.       I am an attorney duly licensed to practice before this Court.  I am a Shareholder at the law firm Abato, Rubenstein and Abato, P.A.

2.       I make this Declaration, together with the attached exhibits, in support of the motion of Lead Plaintiff movant City of Birmingham Retirement and Relief System ("Birmingham" or "Movant"), for an order: appointing Movant as Lead Plaintiff and approving Movant's selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") as proposed Lead Counsel for the Class.

3.       Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:      Notice published January 17, 2025, via *Access Newswire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:      Birmingham's Certification and Schedule A;

Exhibit C:      Birmingham's Loss Chart; and

Exhibit D:      Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 18th day of March, 2025.

*/s/ Corey Smith Bott*
Corey Smith Bott

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Corey Smith Bott*
Corey Smith Bott

2