# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 02/27/2024 to 12/19/2024**

**INNOVATIVE INDUSTRIAL PROPER**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **IIPR** | **45781V101** | **BD0NN55** | **US45781V1017** | **$72.92640** * |

**CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 8/21/2024 | 5,538 | $121.39 | -$672,257.82 |
| **Class Period purchases:** | | **5,538** | | **-$672,257.82** |
| Sale | 11/14/2024 | 347 | $103.47 | $35,904.09 |
| **Class Period sales (matched to Class Period purchases):** | | **347** | | **$35,904.09** |
| | LIFO Retained Purchases: | 5,191 | $72.92640 | $378,560.94 |

**\* Value of retained shares is the greater of the mean trading price from 01/11/2025 to 02/26/2025**      **LIFO Gain/(Loss): -$257,792.79**

**(date retained shares were sold), or the price at which the shares were sold.**