## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| ALAIN GIRAUDON, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., ALAN GOLD, PAUL SMITHERS, DAVID SMITH, and BEN REGIN,<br><br>           Defendants. | Case No. 1:25-cv-00182-GLR<br><br>CLASS ACTION |

## DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF REPLY IN SUPPORT OF MOTION BY CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Thomas L. Laughlin, IV, hereby declare under 28 U.S.C. §1746:

1.      I am an attorney duly admitted *pro hac vice* to practice before this Court.  I am a Partner at the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.      I make this Declaration, together with the attached exhibit, in support of the motion of Lead Plaintiff movant City of Birmingham Retirement and Relief System ("Movant") for an order: appointing Movant as Lead Plaintiff and approving Movant's selection of Scott+Scott as proposed Lead Counsel for the Class.

3.      Attached hereto as an exhibit is a true and correct copy of the following:

Exhibit A:      Declaration of Jay Turner in Support of the Motion of the City of Birmingham Retirement and Relief System for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel, dated April 11, 2025;

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 15th day of April, 2025.

*/s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
