# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALAIN GIRAUDON, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., ALAN GOLD, PAUL SMITHERS, DAVID SMITH, and BEN REGIN,<br><br>     Defendants. | Case No. 1:25-cv-00182-GLR<br><br><br>CLASS ACTION |

**DECLARATION OF JAY TURNER IN SUPPORT OF THE MOTION OF THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Jay Turner, on behalf of the Board of Managers of the City of Birmingham Retirement and Relief System ("Birmingham"), declare as follows:

1. I respectfully submit this declaration in support of the motion of Birmingham for appointment as Lead Plaintiff and approval of its selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") to serve as Lead Counsel in the above-captioned securities class action (the "Action").

2. I serve as Fund Counsel for the Board of Managers of Birmingham. I am authorized to make this declaration on behalf of Birmingham and have personal knowledge about the information in this declaration.

3. Birmingham is a defined benefit public pension fund that provides pension and other benefits for employees of the city of Birmingham, Alabama. Birmingham manages approximately $1 billion in assets for the benefit of its approximately 7,000 active and retired participants. As reflected in its certification, Birmingham suffered a substantial loss as a result of its investments in Innovative Industrial Properties, Inc. shares during the putative class period in the Action.

4. I have reviewed the April 1, 2025, briefs opposing Birmingham's motion for appointment as Lead Plaintiff filed by competing movants Dr. Richard A. Blocker and Kelly R. Johnson (collectively, the "Blocker-Johnson") and Retirement System for the General Employees of the Utility Board of the City of Key West, Florida ("Key West"). Below, I respond to certain arguments and address certain inaccuracies in those briefs.

5. Pursuant to the policies of the Board of Managers, as Fund Counsel of Birmingham, I personally oversee all outside counsel retained by or on behalf of Birmingham in securities litigations—including Scott+Scott in this action—and conduct oversight of the cases filed on

1

Birmingham's behalf. The oversight of pending actions and outside counsel constitute less than 10% to 15% of my time. As part of my responsibilities as Fund Counsel, I am involved in the prosecution of each matter from the outset through completion and I review pleadings, sit for depositions, and participate in mediations, during which I take an active role. I am directly involved in all discussions regarding case strategy, trial strategy, and settlement. I also communicate on a regular basis with the outside counsel representing Birmingham in these matters, including Scott+Scott, and review regular updates regarding all aspects of the particular case, including the progress of discovery and the filing of significant pleadings and court orders. At the outset of each action, and in connection with each decision to move for appointment as lead plaintiff, Birmingham considers its capacity to effectively and efficiently manage a new securities action and will only agree to proceed if it determines that it has adequate capacity. Accordingly, in each such case, Birmingham is committed to devoting the necessary resources, personnel, and attention to maximize the recovery for the benefit of Birmingham's members and beneficiaries and all class members.

6.      As a result of Birmingham's devoted efforts, Birmingham has achieved significant recoveries on behalf of investors when serving as lead plaintiff in securities class actions under the Private Securities Litigation Reform Act of 1995. *See, e.g., City of Sterling Heights Police & Fire Ret. Sys. v. Reckitt Benckiser Grp. plc*, No. 20-cv-10041 (S.D.N.Y.) (achieving $19.6 million recovery); *Kock v. Healthcare Services Grp., Inc.*, No. 2:19-cv-01227 (E.D. Pa.) (achieving $16.8 million recovery); *Keippel v. Health Ins. Innovations, Inc.*, No. 19-cv-421 (M.D. Fla.) (achieving $11 million recovery); *In re BRF S.A. Sec. Litig.*, No. 18-cv-2213 (S.D.N.Y.) (achieving $40 million recovery); *City of Birmingham Ret. & Relief Sys. v. Credit Suisse Grp. AG*, No. 17-cv-

10014 (S.D.N.Y.) (achieving $15.5 million recovery); and *In re: BHP Billiton Ltd. Sec. Litig.*, No. 16- cv-1445 (S.D.N.Y.) (achieving $50 million recovery).

7.      As evidenced by the significant recoveries Birmingham has secured on behalf of investors when serving as lead plaintiff in securities class actions, Fund Counsel's oversight of the actions and outside counsel clearly enable Birmingham to effectively manage multiple actions simultaneously.  To the extent I ever need additional assistance to effectively oversee the actions and outside counsel, the Board of Manager's policies permit me to rely upon the staff, including more than 30 attorneys and paralegals, employed by the City of Birmingham's Office of the City Attorney; however, I have never had to draw upon these additional resources.

8.      Birmingham currently serves as lead plaintiff in six securities class actions.  In each action, Birmingham is represented by outside counsel—including, in four of those actions, the outside counsel who represents the Blocker-Johnson in this Action.  I, as Fund Counsel, oversee outside counsel in all aspects of those cases.  Based on my 5 years of supervising outside counsel in securities class actions, I am more than capable of supervising this Action along with Birmingham's other pending actions, and devoting the necessary time and resources to all aspects of this Action.

9.      I attest that the implicit suggestion raised by Key West and the Blocker-Johnson that Birmingham does not have sufficient resources or otherwise lacks the ability or commitment necessary to oversee this Action due to Birmingham's involvement in other litigation is wrong. Birmingham's extensive experience serving as lead plaintiff in prior securities class actions benefits, rather than detracts, from the representation it will provide to class members in this case. Through that experience, Birmingham has developed effective methods and practices to oversee

3

the work of outside counsel, and to ensure that each case in which Birmingham serves as lead plaintiff is prosecuted vigorously, efficiently, and in a cost-effective manner.

10.    I firmly believe that Birmingham's experience in prior litigation, and my personal involvement in all ongoing securities class action lawsuits in which Birmingham has a role, as well as Birmingham's selection and oversight of highly qualified outside counsel, enhances recoveries obtained for investors.  It is these qualities that make Birmingham an excellent and worthy Lead Plaintiff in this case.

11.    If Birmingham is appointed as Lead Plaintiff in this Action, Birmingham will devote the same resources, personnel, and attention to this matter that it does in every case Birmingham prosecutes to obtain the maximum possible recovery for the class.  The Blocker-Johnson's and Key West's suggestion that Birmingham may not be able to adequately monitor numerous cases and counsel simultaneously is baseless and incorrect and has been disproved by Birmingham's prior success in contemporaneously prosecuting multiple securities class actions.

12.    Birmingham has the sophistication, experience, and resources necessary to effectively litigate this action and supervise counsel.  I take the fiduciary obligations owed by a lead plaintiff to the class seriously and hereby reaffirm Birmingham's commitment to maximize the potential recovery for the class, actively monitor counsel, and to otherwise fulfill the duties that Birmingham will assume if appointed as Lead Plaintiff in this Action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are

true and correct to the best of my knowledge.

Executed this 11th day of April, 2025.

Jay Turner
Fund Counsel
*On behalf of the Board of Managers*
*of the City of Birmingham*
*Retirement and Relief System*

5