**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE INNOVATIVE INDUSTRIAL PROPERTIES, INC. SECURITIES LITIGATION | Case No. 1:25-cv-00182-GLR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO EXCEED 40-PAGE PLEADING LIMITATION |

THIS CAUSE came before the Court upon the and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.     Lead Plaintiff City of Birmingham Retirement and Relief System's Motion for leave to exceed the 40-page pleading limitation set forth by Local Rule 103.1(d) and file a complaint that shall not exceed 107 pages is GRANTED.

**IT IS SO ORDERED.**

Dated:  June 24, 2025


_____/s/_____
George L. Russell, III
Chief United States District Judge