**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE INNOVATIVE INDUSTRIAL PROPERTIES, INC. SECURITIES LITIGATION | Case No. 1:25-cv-00182-GLR<br><br>CLASS ACTION |

**NOTICE OF UNOPPOSED MOTION BY PLAINTIFF FOR A PARTIAL LIFT OF THE DISCOVERY STAY**

**TO:    THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiff City of Birmingham Retirement and Relief System ("Plaintiff") respectfully moves this Court for an order granting a partial lift of the discovery stay for the limited purpose of serving preservation subpoenas on non-parties PharmaCann, Inc.; 4Front Ventures Corp.; Gold Flora, LLC; and Tilt Holdings, Inc.

This motion is based on this Notice and the Memorandum of Law filed herewith; the Court's complete files and records in this Action; and such further argument as the Court may allow at a hearing on this motion.  Plaintiff has conferred with defendants via email, and defendants do not oppose the motion.

DATED: July 16, 2025                    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/*s*/ Jessica M. Casey
Jessica M. Casey (Bar No. 31720)
Jacob L. Lieberman (admitted *pro hac vice*)
156 S. Main Street,
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Fax: (860) 537-4432
jcasey@scott-scott.com
jlieberman@scott-scott.com

Donald A. Broggi (admitted *pro hac vice*)
Susan Hu (admitted *pro hac vice*)
Lana V. Levin (admitted *pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Fax: (212) 223-6334
dbroggi@scott-scott.com
shu@scott-scott.com
llevin@scott-scott.com

*Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System*

1

**ABATO, RUBENSTEIN AND ABATO, P.A.**

Corey Smith Bott (Bar No. 25673)
Shauna Barnaskas (Bar No. 16755)
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
Telephone: (410) 321-0990
csbott@abatolaw.com
sbarnaskas@abatolaw.com

*Local Counsel for Lead Plaintiff City of Birmingham Retirement and Relief System*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2025, I caused the foregoing to be electronically filed with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

email addresses denoted on the Electronic Mail Notice List.

/*s*/ Jessica M. Casey

Jessica M. Casey

3