**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE INNOVATIVE INDUSTRIAL PROPERTIES, INC. SECURITIES LITIGATION | Case No. 1:25-cv-00182-GLR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR A PARTIAL LIFT OF THE DISCOVERY STAY** |

THIS CAUSE came before the Court and upon due consideration, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1.      Plaintiff's unopposed motion for a partial lift of the discovery stay for the limited purpose of serving preservation subpoenas on non-parties PharmaCann, Inc.; 4Front Ventures Corp.; Gold Flora, LLC; and Tilt Holdings, Inc. is GRANTED.

2.      Any subpoena issued shall expressly state in prominent text that no documents are to be produced, and if any documents are inadvertently or incorrectly produced by the party being subpoenaed, Plaintiff is required to promptly (i) issue a notice to Defendants and the Court that documents were produced and (ii) sequester and not review any such documents produced unless the stay currently in place pursuant to the PSLRA has been lifted by a further Order of the Court.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
George L. Russell, III
Chief United States District Judge