**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE INNOVATIVE INDUSTRIAL PROPERTIES, INC. SECURITIES LITIGATION | Case No. 1:25-cv-00182-GLR<br><br>CLASS ACTION |

**DECLARATION OF JESSICA M. CASEY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR A PARTIAL LIFT OF THE DISCOVERY STAY**

I, JESSICA M. CASEY, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney duly licensed to practice before this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP, counsel for Lead Plaintiff City of Birmingham Retirement and Relief System ("Plaintiff") in the above-captioned action.  I make this declaration in support of Plaintiff's Motion for a partial lift of the discovery stay for the limited purpose of serving preservation subpoenas on non-parties PharmaCann, Inc.; 4Front Ventures Corp.; Gold Flora, LLC; and Tilt Holdings, Inc.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:  [PROPOSED] Preservation Subpoena to PharmaCann, Inc.;

Exhibit 2:  [PROPOSED] Preservation Subpoena to 4Front Ventures Corp.;

Exhibit 3:  [PROPOSED] Preservation Subpoena to Gold Flora, LLC;

Exhibit 4:  [PROPOSED] Preservation Subpoena to Tilt Holdings, Inc.;

Exhibit 5:  TILT Q1 2025 Earnings Call, May 15, 2025;

Exhibit 6:  Press Release, "TILT Holdings Reports Third Quarter 2024 Results and Announces Strategic Review of its Plant-Touching Business," (November 14, 2024);

Exhibit 7:  Press Release, "TILT Holdings Signs Definitive Agreement to Divest Retail

Locations in Massachusetts to In Good Health for $2 Million," (February 3,

2025)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

16th day of July, 2025.


                                                                    /s/ Jessica M. Casey
                                                                    Jessica M. Casey

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Jessica M. Casey
Jessica M. Casey