**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ALAIN GIRAUDON, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>INNOVATIVE INDUSTRIAL PROPERTIES, INC., ALAN GOLD, PAUL SMITHERS, DAVID SMITH, and BEN REGIN,<br><br>        Defendants. | Case No. 1:25-cv-00182-GLR |

## <u>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY</u>

This matter comes before the Court on the Motion to Withdraw as Attorney Nicholas S. Bruno for Lead Plaintiff City of Birmingham Retirement and Relief System.  For the reasons stated in the Motion and for good cause having been shown, it is hereby **ORDERED** that the Motion is **GRANTED.**

It is **SO ORDERED**.

DATED this __22nd__ day of ___September___, 2025.

                                                      /s/
                            HON. GEORGE LEVI RUSSELL, III