IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALAIN GIRAUDON, individually and &ast;
on behalf of all others similarly situated,

&ast;

    Plaintiffs,

&ast;        Civil Action No. GLR-25-182

v.

&ast;

INNOVATIVE INDUSTRIAL
PROPERTIES, INC., et al.,    &ast;

    Defendants.    &ast;

&ast;&ast;&ast;

## ORDER

Pending before the Court is Defendants Innovative Industrial Properties, Inc., Alan Gold, Paul Smithers, David Smith, Benjamin C. Regin, and Catherine Hastings' Motion to Dismiss Lead Plaintiff's Consolidated Class Action Complaint (ECF No. 60). The Motion is ripe for disposition, and no hearing is necessary. See Local Rule 105.6 (D.Md. 2025). For the reasons set forth below, the Court will grant the Motion.

Lead Plaintiff City of Birmingham Retirement and Relief System ("RRS") filed an Amended Consolidated Class Action Complaint in the above-captioned action on June 23, 2025, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. (Am. Compl. at 105–06, ECF No. 50).[1] In response, Defendants filed the instant Motion to Dismiss on August 22, 2025, asserting that RRS failed to state a claim that satisfies the "heightened pleading standard" for Section 10(b) actions. (Def.'s Mem. L.

---

[1] Citations to page numbers refer to the pagination assigned by the Court's Case Management/Electronic Files ("CM/ECF") system.

Supp. Mot. Dismiss ["Mot."] at 18–36, ECF No. 60-1).[2] Under Local Rule 105.2(a), RRS's Opposition was due by September 5, 2025. To date, the Court has not received an Opposition from RRS. Because the Court finds that Defendants' unopposed Motion is meritorious and well-founded, the Motion to Dismiss shall be granted.

Accordingly, it is this 16th day of October, 2025, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendants' Motion to Dismiss (ECF No. 60) is GRANTED;

IT IS FURTHER ORDERED that the Amended Class Action Complaint (ECF No. 50) is DISMISSED without prejudice;

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

_____/s/_____
George L. Russell, III
Chief United States District Judge

---

[2] Defendants also argue that the Court should dismiss the Amended Complaint because it is unnecessarily lengthy and difficult to parse. (Mot. at 15–18). Because RRS sought leave of Court to file an Amended Complaint in excess of forty pages, Defendants did not oppose that request, and the Court granted the request, (see ECF Nos. 49, 53), the Court will not dismiss the Amended Complaint on this ground.