IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALAIN GIRAUDON, individually and on behalf of all others similarly situated, | * | |
| | * | |
| Plaintiffs, | | |
| | * | Civil Action No. GLR-25-182 |
| v. | | |
| | * | |
| INNOVATIVE INDUSTRIAL PROPERTIES, INC., et al., | | |
| | * | |
| Defendants. | * | |
| | *** | |

## ORDER

On October 16, 2025, the Court issued an Order granting Defendants Innovative Industrial Properties, Inc., Alan Gold, Paul Smithers, David Smith, Benjamin C. Regin, and Catherine Hastings' Motion to Dismiss Lead Plaintiff's Consolidated Class Action Complaint (ECF No. 60) as unopposed. Shortly thereafter, the Court received a phone call from counsel for Lead Plaintiff City of Birmingham Retirement and Relief System ("RRS"), informing the Court that, under the Court's April 25, 2025 Scheduling Order, RRS's Opposition is due on October 21, 2025 rather than September 5, 2025, as would be the case under the Local Rules. (See Sched. Order at 1, ECF No. 41).

Accordingly, it is this 16th day of October, 2025, by the United States District Court for the District of Maryland, hereby:

ORDERED that the Court's Order granting Defendants' Motion to Dismiss Lead Plaintiff's Consolidated Class Action Complaint (ECF No. 63) is VACATED;

IT IS FURTHER ORDERED that the Clerk shall REOPEN this case;

IT IS FURTHER ORDERED that RRS may FILE an Opposition to the Motion to Dismiss by October 21, 2025, and Defendants may FILE a Reply by November 20, 2025; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record.

_____/s/_____
George L. Russell, III
Chief United States District Judge